FILED

APR 4 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Francisco VEGA,<br><br>                Petitioner,<br><br>      v.<br><br>Connie GIPSON,<br>Acting Warden of Corcoran State Prison,<br><br>                Respondent. | Case Number 3-11-cv-5567-WHA-PR<br><br>9th Cir. No. 13-15108<br><br>NONCAPITAL HABEAS ACTION<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF FINAL JUDGMENT<br><br>[Doc. No. 19] |

    In this noncapital habeas action, the Court denied the petition and entered judgment for Respondent. (Docs. Nos. 17 & 18.) Petitioner moves for reconsideration pursuant to Federal Rules of Civil Procedure 59 and 60. (Doc. No. 19.) In his motion, Petitioner merely repeats arguments that the Court previously considered and rejected; he does not make the required showing of newly discovered evidence, clear error, manifest injustice, an intervening change in controlling law, mistake, inadvertence, surprise, excusable neglect, fraud, misrepresentation, misconduct, voidness, or any other reason that would justify relief. *See Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001) (construing Fed. R. Civ. P. 59(e)); Fed. R. Civ. P. 60(b). Accordingly, the Court denies Petitioner's motion.

*It is so ordered.*

DATED: 4/3/13

WILLIAM H. ALSUP
United States District Judge

Case No. 3-11-cv-5567-WHA-PR
ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION OF FINAL JUDGMENT
(DPSAGOK)